## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA

v.

HUSSEIN JAMIL a.k.a. HUSSIAN
JAMIL SUAREZ a.k.a. TONY, MAGDA
CASTRO SANTOS a.k.a TATIANA, and
JULIO HIDALGO DE PENA

Case No. 26-mj- 00020 ____

FILED UNDER SEAL

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Damita Furlonge, Special Agent with Homeland Security Investigations, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1.      I am a Special Agent with Homeland Security Investigations (HSI).  As such, I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7) in that I am an officer of the United States who is empowered by law to conduct investigations and to make arrests for federal felony offenses.  As a HSI Special Agent, my duties include investigating violations of federal laws enforced by Immigration and Customs Enforcement (ICE), which include but are not limited to the investigation and enforcement of Titles 8, 18, 19, 21, 31 and 46 of the United States Code.

2.      I have been employed as a Special Agent (SA) with HSI since July 2017.  I am a graduate of the Criminal Investigator Training Program and Homeland Security Investigations Special

Criminal Complaint Affidavit
Page **2** of **24**

Agent Training Academy. Prior to becoming a Special Agent, I was employed as a Customs & Border Protection (CBP) Officer with CBP Office of Field Operations since September of 2008.

3.      I make this affidavit for the purpose of setting forth probable cause to support this criminal complaint, charging Hussein Jamil, a.k.a. Hussian Jamil Suarez, a.k.a. "Tony" (hereinafter, "JAMIL"), Magda Castro Santos a.k.a. Tatiana (hereinafter "CASTRO SANTOS), and Julio Hidaldo De Pena (hereinafter "HILDAGO DE PENA") with violations of 18 U.S.C. §§ 2421(a) and 371 (Conspiracy to Transport for Purpose of Prostitution), 18 U.S.C. §§ 1952(a)(3) and (b) and 371 (Conspiracy to Commit Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises), and 8 U.S.C. §§ 1324(a)(1)(A)(iii), (v)(i), and (B)(i) (Conspiracy to Harbor Aliens for Financial Gain) (collectively, the "TARGET OFFENSES").

4.      The facts and information contained in this affidavit are the result of an investigation being conducted by HSI and the Federal Bureau of Investigation (FBI). The information in this affidavit is based upon my personal knowledge, information provided to me by other law enforcement personnel, cooperating individuals, other sources of information, and my review of records, documents, and other evidence obtained during the investigation.

5.      Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I have not included every fact known to me or other law enforcement personnel. I have included only those facts that I believe are necessary to establish probable cause. Where statements of others are relayed herein, they are relayed as a summary of the substance and/or in part. Where I assert that an event took place on a particular date and at a time, I assert that it took place on or about the date alleged.

Criminal Complaint Affidavit
Page 3 of 24

## RELEVANT STATUTORY PROVISIONS

6.      Title 18, United States Code, Section 2421(a) – (Transportation for purposes of Prostitution) makes it a crime for any person who "knowingly transports any individual in interstate or foreign commerce, or in any Territory or Possession of the United States, with intent that such individual engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense or attempts to do so."

7.      Title 18, United States Code, Section 1952(a)(3)(A) – (Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises) makes it a crime for whoever travels in interstate or foreign commerce or uses the mail or any facility in interstate or foreign commerce, with intent to otherwise promote, manage, establish, carry on, or a facilitate the promotion, management, establishment, or carrying on, of any unlawful activity.

8.      Title 18, United States Code, Section 371 – (Conspiracy to commit offense or to defraud United States) makes it a crime if two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any matter or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy.

9.      Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i) – (Alien Harboring for Financial Gain) make it a crime for any person who "knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, conceals, harbors, or shields from detection, or attempts to conceal, harbor, or shield from detection, such alien in any place, including any building or any means of transportation for the purpose of commercial advantage or private financial gain." Title 8, United States Code, Section 1324(a)(1)(A)(v)(i) makes it a crime to conspire to commit crimes listed in Title 8, United States Code, Section 1324(a)(1)(A), including Title 8, Section 1324(a)(1)(A)(iii), harboring aliens.

Criminal Complaint Affidavit
Page 4 of 24

## PROBABLE CAUSE

### A. Overview

10.     JAMIL owns and operates Tootsys Gentleman's Club ("TOOTSYS"), a strip club located at 18a-4 Smith Bay, St. Thomas, USVI 00802, and has done so since approximately 2018. Investigation has shown that JAMIL and his co-conspirators operate TOOTSYS as a brothel. The conspirators advertise TOOTSYS over Instagram and other platforms to recruit women to work at the club. Women also learn about the club through word of mouth. JAMIL hires both U.S. citizens and illegal aliens as dancers and sex workers. For U.S. citizens, he often purchases their plane tickets to fly them from elsewhere within the United States to St. Thomas, USVI. For illegal aliens, he assists in their illegal entry to the United States largely by providing money for and arranging the smuggling operations.

11.     Most of the TOOTSYS dancers live at Bolongo 25, Frenchman Bay QTR, St. Thomas, USVI ("BOLONGO 25") while working at TOOTSYS. JAMIL arranges for HILDAGO DE PENA to transport the dancers from BOLONGO 25 to TOOTSYS and back for their shifts. CASTRO SANTOS manages the dancers while at TOOTSYS, ensuring they have paid their required fees, directing clients whom they should see, collecting payments for private dances and sex, among other managerial acts.

12.     Investigation has shown that once dancers arrive on St. Thomas for the purpose of working at TOOTSYS, they learn about the coercive fee/debt scheme in place pushing them to engage in commercial sex. Although JAMIL advertises free housing as part of working at TOOTSYS on social media, the dancers are typically charged $100 to $200 per week to live at BOLONGO 25. Dancers further pay a $60 "buy-in" fee every night merely to be able to work at TOOTSYS. Dancers are required to work at TOOTSYS six days per week, Tuesday through Sunday. The

conspirators fine the dancers $500 for every night they miss work and $10 for every 15 minutes they are late. Illegal alien dancers further incur debts to JAMIL to the extent JAMIL arranges their smuggling transportation to the USVI.

13.    To pay these fees, the conspirators encouraged the dancers to engage in commercial sex acts at TOOTSYS to make more money. For instance, private dances typically cost $30 for every 15 minutes. Going into the "Chandelier Room," a room on the main floor reserved for dancers to have sexual intercourse with customers, typically costs $350 every fifteen minutes. Additionally, customers can "buy out" a dancer to take her off site, often to a hotel room for the purpose of engaging in commercial sex, which typically costs $1,500. The dancers and TOOTSYS each receive a portion of the payments for these services.

### B. Ownership of Tootsys Night Club and Target Residence

14.    As of 2023, TOOTSYS is registered in the Office of the Lieutenant Governor, Division of Corporation and Trademarks as Eye Candy Entertainment LLC, with the trade name Tootsys Gentleman's Club, and located at 18a-4 Smith Bay, St. Thomas, USVI 00802. The mailing address listed with the Lieutenant Governor for TOOTSYS is the address for BOLONGO 25, and the resident agent for process service is listed as JAMIL.

15.    From 2018 to 2022, TOOTSYS operated in a building next door to its current location and used a different spelling variation of the same name. During that time frame, TOOTSYS was registered in the Office of the Lieutenant Governor, Division of Corporation and Trademarks as Eye Candy Entertainment LLC with the trade name "Tootziez" and was located at 18a-3 Smith Bay, St. Thomas, USVI 00802. The mailing address for "Tootziez," per the trade name registration and renewal documents, was also the address for BOLONGO 25. Eye Candy Entertainment, LLC was first registered on February 5, 2013.

16.     Open-source searches of the USVI Lieutenant Governor's website revealed that the owner of BOLONGO 25 is ORELIA GEORGES ("GEORGES"). Subpoena returns from bank accounts associated with JAMIL and TOOTSYS revealed checks paid to GEORGES by Eye Candy Entertainment, LLC for "rent" or "Bolongo rent" between at least November 2016 and December 2025.

17.     Further analysis of debits from the Eye Candy Entertainment, LLC bank account from January 2025 to February 2026 revealed monthly rent checks to "5 H Holdings" (Five H Holdings, INC) in the amount of $10,625 per month. According to the USVI Lieutenant Governor's website, Five H Holdings, INC is the owner of the building currently occupied by TOOTSYS.

**C. Social Media Evidence**

18.     In April 2023, law enforcement served a search warrant on Meta Platforms, Inc. regarding social media accounts associated with JAMIL and TOOTSYS. A review of the Meta return for the Instagram accounts associated with JAMIL or TOOTSYS showed many advertisements posted to recruit dancers to work at TOOTSYS.[1] Language used on the social media ads included "Dancers Wanted," "accommodations and transportation provided," "Beautiful dancers of all nationalities," "no passport needed," "flight housing transportation provided," "will fly you from anywhere in the world," and "for more information please call, text, or email Tony . . ." The advertisements included a contact number known to agents as JAMIL's personal telephone number, ending in -7575.

19.     Below are a few examples of recruiting advertisements posted by Instagram accounts associated with TOOTSYS:

---

[1] The user "vanity names" for the Instagram accounts pertaining to TOOTSYS included "tootsysgentlemensclub," "tootsiesgentlemansclub," "tootsysstripclub," "tootsysgentlemesclub," and "tootsystripclub."

Criminal Complaint Affidavit
Page **7** of **24**






20.     Further review of the Instagram accounts revealed multiple conversations in which the individual controlling the account (hereinafter, "IG1"), believed at times to be JAMIL, conversed with women being recruited to work at TOOTSYS. For example, during a conversation with Instagram account *gengen.93*: IG1 greeted Gengen.93, and Gengen.93 responded by asking "who's this?" IG1 replied "Tony," and Gengen.93 replied that she did not know JAMIL was administrating the Instagram page. Gengen.93 told IG1 that she was in Panama with her son. In later exchanges, IG1 told Gengen.93 he would fly her out, and Gengen.93 explained that her passport had expired. IG1 provided Gengen.93 with JAMIL's known personal number, ending in -7575, for contact. As another example, in December 2019, IG1 sent a message to Instagram

Criminal Complaint Affidavit
Page **8** of **24**

account user *teaganrose*, a self-described dancer from Australia, a breakdown of pricing at TOOTSYS, including for a "buyout" and the "champagne room." The message stated:

> Hi there I own a small gentleman's club here on Saint Thomas US Virgin Islands we are always looking for beautiful dancers I saw your Instagram you are very beautiful I will love to have you dance at my club The club will pay for your airfare to the island provide you with housing and transportation to and from work Saint Thomas is a tropical island so it's very Sunny all year round you can vacation during the day on the beach swim jet ski scuba dive pictures whatever you like work at night work is from 8:30 p.m. to 4:00 a.m. Lap dances are $30 pro son 20 to the dance 10 to the club champagne Room is $500 half an hour 300 to the dancer 200 to the club and a buyout if a customer wanna buy you out and you want to go it's a $1000 500 to dancer 500 to club all tips on stage of course are yours tip out is $60 that covers house club and transportation

21.     As promised in the ads, JAMIL funded the transportation and accommodation of women brought to St. Thomas to work at TOOTSYS. JAMIL facilitated the transportation of both U.S. nationals and non-U.S. nationals. According to a source of information ("SOI"), JAMIL was known as a point of contact to facilitate the smuggling of illegal aliens after they were recruited to work in St. Thomas. The SOI further disclosed that JAMIL uses boat captains to smuggle non-U.S. nationals from foreign countries to St. Thomas to avoid the U.S. Customs and Border Protection inspection process. The SOI indicated that a boat captain working for JAMIL had on two occasions transported women by boat to St. Thomas for the SOI.

**D.  Witness Statements**

22.     During the course of the investigation, agents have identified and interviewed former employees of TOOTSYS or the associates of TOOTSYS employees. Former employees who have engaged in commercial sex while working for TOOTSYS have been identified as victims and will be referred to as JANE DOE and a number. Each JANE DOE's true name is known to investigating agents.

Criminal Complaint Affidavit
Page **9** of **24**

## JANE DOE 4

23.    JANE DOE 4 is a citizen and national of Panama, who worked at TOOTSYS and other clubs in St. Thomas from approximately June to August 2019. U.S. law enforcement agents have interviewed her three times, including in August 2019, October 2019, and March 2024.[2]

24.    While in Panama, JANE DOE 4 was informed of an opportunity to earn money in St. Thomas. JANE DOE 4 was told that she would be working at a bar for a woman named "MARI," known to law enforcement as Yohanna GONZALEZ-MCFARLANE (hereinafter, "GONZALEZ-MCFARLANE").[3] JANE DOE 4 did not arrange the trip from Panama to St. Thomas and was later informed that she would have to pay back the cost for her travel.[4]

25.    In approximately June 2019, JANE DOE 4 traveled from Panama to St. Maarten. In St. Maarten, JANE DOE 4 stayed in a hotel until she was transported to St. Thomas by boat. Two men took her and a third man to St. Thomas by boat. JANE DOE 4 observed that the men on the boat had what she described as handguns.

26.    The two men took JANE DOE 4 to the Red Hook Terminal Ferry on St. Thomas, USVI. The Red Hook Terminal Ferry is not a designated port of entry into the United States. Upon

---

[2] JANE DOE 4 has received an immigration benefit stemming from her experiences in St. Thomas.

[3] GONZALEZ-MCFARLANE was arrested by HSI and the FBI in a joint operation at the Underground Nightclub on August 7, 2019, and charged with various crimes. She ultimately pleaded guilty to three counts of bringing illegal aliens to the United States for financial gain and one count of transportation for prostitution and was sentenced in December 2020 to a term of 78 months in prison.

[4] During her initial interview the same day as the victim recovery operation executed on the Underground Nightclub, JANE DOE 4 stated that "Tony" had picked her up in a vessel and transported her to St. Thomas, that she paid him $1,000 for the trip, and that she lived at BOLONGO 25 and worked for JAMIL/TOOTSYS until two weeks before the Underground operation, at which point she began working at the Underground Night Club as a bartender. In her subsequent interviews, however, JANE DOE 4 was consistent that she was recruited in Panama to work for GONZALEZ-MCFARLANE, that GONZALEZ-MCFARLANE had picked her when she first arrived by boat to the USVI, and that she owed $10,000 for her smuggling fee.

arriving at St. Thomas, GONZALEZ-MCFARLANE picked up JANE DOE 4 and took JANE DOE's passport.

27.    GONZALEZ-MCFARLANE introduced JANE DOE 4 to JAMIL.  JANE DOE 4 later learned that JAMIL was the owner of TOOTSYS.

28.    JANE DOE 4 explained that JAMIL would contact GONZALEZ-MCFARLANE for dancers to work at TOOTSYS. GONZALEZ-MCFARLANE would bring her "girls," including JANE DOE 4, to TOOTSYS where JAMIL's customers would be waiting.  The customers paid GONZALEZ-MCFARLANE and JAMIL directly for commercial sex services, including with JANE DOE 4.  JAMIL and GONZALEZ-MCFARLANE appeared to split the money that customers paid for commercial sex.  JANE DOE 4 saw GONZALEZ-MCFARLANE collecting cash from JAMIL.  JAMIL also gave JANE DOE 4 money directly.

29.    JANE DOE 4 stated that JAMIL advertised TOOTSYS on Instagram.  According to JANE DOE 4, if a girl desired to dance in St. Thomas, JAMIL would pay for her travel and give her a place to stay.  JANE DOE 4 stated that there were women working for JAMIL that were residing in the Virgin Islands illegally.  JANE DOE 4 stated that when the dancers arrived, they lived in the upstairs portion of BOLONGO 25, which was equipped with cameras.

30.    JANE DOE 4 stated that the women who worked at TOOTSYS had to have sex with clients.  There were rooms at TOOTSYS in which clients would pay to have sex with the dancers. JANE DOE 4 recalled a time when a client paid $3,000 for three dancers.  JAMIL charged clients $500 to have sexual intercourse with the dancers, of which the dancers only received $100.

31.    JANE DOE 4 stated that one day JAMIL asked her if she knew more dancers like herself. JAMIL offered to pay for their ticket and said that he could bring women from any country and get them to the U.S. without a visa.  JAMIL also said that there were people who could bring the

women in by boat. JAMIL further stated that the women did not need to know how to dance, and that he made his money when the women had sex with his customers.

32.     JANE DOE 4 positively identified a photograph of BOLONGO 25 as the "Tootsys House." She also identified a photograph of JAMIL as the individual she knew as "Tony," and a photograph of CASTRO SANTOS as "Tatiana," whom she described as JAMIL's right hand.

### JANE DOE 5

33.     JANE DOE 5 is a U.S. Citizen, who worked at Tootsys initially around 2010, when she was 17, and then again for approximately two-and-a-half weeks from September to October 2022. In October 2022, JANE DOE 5 left a tip on the FBI tipline providing that JAMIL trafficked female victims from Venezuela and stating that JAMIL flew girls to the Virgin Islands, gives them crazy fines, and then they were stuck working for him or put out on the street. Law enforcement agents subsequently interviewed JANE DOE 5 twice, in October and November of 2022.

34.     When JANE DOE 5 was 17 years old, she learned of TOOTSYS from a friend who mentioned TOOTSYS as a way to make money. JANE DOE 5 saw an advertisement on Instagram for TOOTSYS. JANE DOE 5 contacted the listed telephone number on the advertisement and spoke directly with JAMIL. JANE DOE 5 provided JAMIL with her date of birth, and JAMIL arranged for JANE DOE 5 to travel to St. Thomas to work. JANE DOE 5 worked at two of JAMIL's clubs, TOOTSYS and Club 75. JANE DOE 5 earned money working as a dancer, and JAMIL also paid JANE DOE 5 to have sex with him. JANE DOE 5 worked for JAMIL sporadically until she graduated from college. JANE DOE 5 did not work for JAMIL for several years after graduating college.

35.     In or around September 2022, JANE DOE 5 saw an advertisement on Instagram for pole dancers at TOOTSYS and contacted JAMIL. JANE DOE 5 communicated with JAMIL through

Criminal Complaint Affidavit
Page **12** of **24**

text messages with his personal cellular number, ending in -7575. JAMIL paid for JANE DOE 5's flight from elsewhere in the United States to St. Thomas for the purpose of dancing at JAMIL's club. When she arrived at St. Thomas, JANE DOE 5 resided at BOLONGO 25 with about 30 other women, half of whom were Americans and the others were Venezuelan or Colombian. JANE DOE 5 identified BOLONGO 25 as the "Tootsys House" via photograph.

36.    JANE DOE 5 described working at TOOTSYS for approximately six weeks. Dancers were required to reside at BOLONGO 25 and were charged rent. Dancers were required to work six days a week. Among other fees, dancers had to pay $60 per night to the club manager as a "buy-in," $10 per night to the DJ per night, and a $500 fine if they missed a night of work. CASTRO SANTOS was the club manager and was present at TOOTSYS every day for work and would collect fees from the women at TOOTSYS. HILDAGO DE PENA drove the dancers from BOLONGO 25 to TOOTSYS and would bring them back.

37.    JANE DOE 5 planned to work primarily as a pole dancer, as advertised on Instagram. However, when JANE DOE 5 decided not to have sexual intercourse with JAMIL, JAMIL demanded airfare reimbursement from JANE DOE 5 and proposed that JANE DOE 5 could pay off her debts by engaging in commercial sex with customers. Ultimately, a friend helped JANE DOE 5 purchase a plane ticket home. After departing, JAMIL texted her about the debt he claimed she owed.

38.    JANE DOE 5 worked at TOOTSYS with Hispanic dancers. JANE DOE 5 spoke to these dancers and learned that the Venezuelan women were brought to St. Thomas from the British Virgin Islands (BVI). According to JANE DOE 5, when the Venezuelan women arrived, JAMIL and his co-conspirators would take their passports and force them to engage in commercial sex acts.

Criminal Complaint Affidavit
Page **13** of **24**

## JANE DOE 6

39.      JANE DOE 6 is a U.S. citizen who worked at TOOTSYS for two to two-and-a-half weeks from September to October 2022.  Law enforcement agents interviewed her in December 2022.

40.      JANE DOE 6 learned of TOOTSYS from a friend who advised that it was a good opportunity to make money.  JANE DOE 6's friend also instructed her to add the TOOTSYS Instagram account to JANE DOE 6's account and reach out to TOOTSYS about working at the club.  Once JANE DOE 6 added TOOTSYS Instagram account, she observed advertisements for dancers.  JANE DOE 6 then sent a direct message to the TOOTSYS Instagram account.  A TOOTSY's employee responded to the message and asked JANE DOE 6 for her telephone number.  During a subsequent phone call, the TOOTSYS employee told JANE DOE 6 that she would live in a mansion, and a shuttle would take her to and from TOOTSYS.  JAMIL paid for JANE DOE 6's flight from elsewhere in the United States to St. Thomas for the purpose of dancing at TOOTSYS.

41.      When she arrived at St. Thomas, JANE DOE 6 resided at BOLONGO 25.  JANE DOE 6 further explained that at BOLONGO 25, dancers lived on the second floor, and that there were cameras everywhere except bedrooms and bathrooms.  According to JANE DOE 6, the cameras were connected to a monitoring system inside BOLONGO 25.

42.      JANE DOE 6 stated that dancers at TOOTSYS were required to work six days a week.  Among other fees, dancers had to pay a $60 per night to dance at the club.  TOOTSYS charged customers $40 for a dance; $300 for 30-minute private sessions; and $1,700 for a "buy out."  JANE DOE 6 did not admit to engaging in commercial sex, but she assumed and heard from other dancers that the "buy outs" were for purposes of having sex.

43.    JANE DOE 6 stated that JAMIL was the owner of TOOTSYS and CASTRO-SANTOS was in charge of collecting the dancers' fees. HIDALGO DE PENA resided on the second floor of BOLONGO 25 and cleaned the club and worked as a runner throughout the day and night. HIDALGO DE PENA also drove a van to get the dancers back and forth to the club from BOLONGO 25.

44.    JANE DOE 6 met dancers from other countries. The dancers from other countries were kept separate from other dancers. JANE DOE 6 believed the foreign dancers were from Colombia, Argentina, and Venezuela. JANE DOE 6 was informed by several of the Hispanic dancers that they had no money, visas, or green cards and were "stuck" in St. Thomas. According to JANE DOE 6, "foreign born" dancers were used for commercial sex more than the women from the U.S.

45.    JANE DOE 6 positively identified a photograph of JAMIL as the individual she knew as "Tony," the owner of TOOTSYS, and a photograph of CASTRO SANTOS as "Tati," whom she described as the person in charge of collecting the dancers' fees and who was constantly pressuring the women to make money.

**JANE DOE 8**

46.    JANE DOE 8 is a U.S. citizen who worked at TOOTSYS for approximately five months from September 2022 until January or February 2023. In October 2023, Jane Doe 8 called HSI alleging that human trafficking was occurring at TOOTSYS. She stated that she was previously a dancer at TOOTSYS and had information regarding underage females and illegal aliens that were forced to work at the club and perform sex acts. Law enforcement agents subsequently interviewed

her six times, on October 17, 2023, October 25, 2023 (by phone), November 14, 2023, February 22, 2024, July 9, 2024 (by phone), and December 4, 2025.

47.    JANE DOE 8 visited TOOTSYS while on vacation in St. Thomas in September 2022. JANE DOE 8 met CASTRO SANTOS and knew CASTRO SANTOS to be the manager of TOOTSYS. CASTRO SANTOS offered JANE DOE 8 a job as a dancer at TOOTSYS after JANE DOE 8 showed interest. After accepting the job, JANE DOE 8 made a video at TOOTSYS, which was later posted on the TOOTSYS Facebook page. JANE DOE 8 signed a contract that same day and was advised of the dress code, fees, and fines associated with working at TOOTSYS.

48.    The following day, a TOOTSYS' employee called JANE DOE 8 to inquire on behalf of JAMIL when JANE DOE 8 was coming to stay at BOLONGO 25. JANE DOE 8 chose not to reside at BOLONGO 25 but did begin working at TOOTSYS.

49.    JANE DOE 8 described working at TOOTSYS during the time she was there. Most dancers were required to stay at BOLONGO 25 and were charged $100 per week to do so. She did not have to stay there because JAMIL did not pay for her travel. TOOTSYS charged dancers $60 per night to work at the club. Dancers were fined $500 for missing work. According to JANE DOE 8, TOOTSYS maintained rules that defined the purpose of each room in the club, which varied depending on the specific room. The description she provided of the rooms and areas of the club are as follows:

      i.   Stage – expected to get nude and undressed.

      ii.   Curtain Rooms – basic lap dance and topless dances, no touching by the customer allowed.

      iii.   Closed Door Rooms (Other Rooms) – sensual dances while fully undressed, touching allowed.

   iv. VIP Rooms – sex acts besides intercourse.

   v. Downstairs Room a.k.a. Chandelier Room – reserved exclusively for customers to have sex with dancers.

50. JANE DOE 8 stated that private dances cost $30 for three songs. In the Closed Door Rooms, TOOTSYS charged $200 for a 30-minute basic lap dance, no intercourse, and $400 for a 60-minute period. TOOTSYS charged $1,500 to "buy out" a dancer and take her off premises. JANE DOE 8 explained that the dancers knew what the rooms were for and the prices. TOOTSYS charged more for services from U.S. citizens than the dancers illegally present in the United States.

51. CASTRO SANTOS and HIDALGO DE PENA controlled access to the Chandelier Room through a key. CASTRO SANTOS and JAMIL controlled the money customers paid to use the Chandelier Room and the other private dance rooms.

52. TOOTSYS required the customers to provide an identification card (ID) to the club to "buy out" a dancer. CASTRO SANTOS would take a picture of the customer's ID and send it to JAMIL because JAMIL's permission was required to allow a customer to "buy out" a dancer.

53. JANE DOE 8 would speak to the foreign-born dancers in the dressing room. JANE DOE 8 believed that the foreign dancers had been smuggled in by boat because of certain "signs of trafficking" she had seen. JANE DOE 8 observed that certain dancers would go into the dressing room when it was known that immigration officials or the police were coming to the club. These same dancers would change from their work clothing to regular clothing to act like they were customers.

54. JANE DOE 8 identified a photo of BOLONGO 25 as the "Tootsys House." She further identified a photograph of CASTRO SANTOS as "Tatiana," as well as photographs of JANE DOE

Criminal Complaint Affidavit
Page **17** of **24**

6 and JANE DOE 9. JANE DOE 8 did not positively identify a photograph of JAMIL but explained that she had only seen him approximately three times during her tenure at TOOTSYS.

### JANE DOE 9

55.     JANE DOE 9 is a Venezuelan citizen who worked at TOOTSYS on three separate occasions between October 2019 and July 2023. JANE DOE 9 first illegally entered the United States for purposes of working at TOOTSYS in October or November 2019.[5] JANE DOE 9 first traveled from Venezuela to Tortola, BVI, in October 2019. While residing in the BVI, JANE DOE 9 heard about JAMIL and TOOTSYS, and that she could make more money than she was making in the BVI by working at TOOTSYS. Photos of JANE DOE 9 were then sent to JAMIL.

56.     Around October or November of 2019, JANE DOE 9 traveled to St. Thomas, USVI from the BVIs. She used her earnings from the BVI to pay her $800 smuggling fee.[6] She was taken to a dock in Tortola, BVI, where she boarded a boat with a captain and other passengers that she did not know. The boat brought JANE DOE 9 to a beach in St. Thomas, which was not a designated port of entry into the United States. A driver picked her up and took her to BOLONGO 25. JANE DOE 9 worked at TOOTSYS for approximately two months before returning to Venezuela in December 2019.

57.     In August 2021, JANE DOE 9 returned from Venezuela to St. Thomas, USVI—this time with her travel financed by JAMIL. She traveled through the BVI to St. John, USVI, entering St. John at a place other than a designated port of entry. While in St. John, someone transported her

---

[5] JANE DOE 9 was initially charged with illegal entry in violation of 8 U.S.C. § 1325(a)(1). U.S. law enforcement interviewed her twice following her arrest. Upon learning that she had worked for TOOTSYS and identifying her as a victim, the charges against her were dismissed to facilitate her cooperation in the instant investigation. She has also received an immigration benefit stemming from her experiences in St. Thomas.

[6] Initially, JANE DOE 9 stated that JAMIL had loaned her money to pay the boat captain who smuggled her to the USVI during her first trip. In subsequent interview, however, she clarified that she paid for her first trip to the USVI, but that JAMIL financed her two subsequent boat trips to the USVI.

from the spot where the boat docked to the ferry terminal. She then took a ferry from St. John to St. Thomas. Upon arriving in St. Thomas, a taxi driver drove her to BOLONGO 25, where she resided for the duration of her trip. During this second trip, JANE DOE 9 had sex with JAMIL three times to pay off her smuggling debt. JANE DOE 9 worked at TOOTSYS for approximately eight months before returning to Venezuela in March 2022.

58.     In or around November 2022, JANE DOE 9 returned a third and final time from Venezuela to St. Thomas for purposes of dancing at TOOTSYS. JAMIL again financed her travel, and she again traveled through the BVI to St. John. Again, she entered St. John at a place other than a designated port of entry. While in St. John, someone transported her from the spot where the boat docked to the ferry terminal. She then took a ferry from St. John to St. Thomas. Upon arriving in St. Thomas, a taxi driver drove her to BOLONGO 25. While working at TOOTSYS, JANE DOE 9 again had to have sex with JAMIL three times to pay off her smuggling debt. JANE DOE 9 worked at TOOTSYS for approximately eight to nine months.

59.     JANE DOE 9 explained that she performed commercial sex while working as a dancer at TOOTSYS. JAMIL was the boss of TOOTSYS and controlled everyone related to TOOTSYS. JAMIL had his own room in BOLONGO 25, and a safe was present in JAMIL's room. JANE DOE 9 had been inside JAMIL's room multiple times. JAMIL's room was located past the front door on the left side, and another bedroom was located on the right side.

60.     CASTRO SANTOS managed the club and dancers. CASTRO SANTOS explained to JANE DOE 9 the rules of TOOTSYS, describing the work and the fees and fines. Dancers had to pay $100 per week to live at BOLONGO 25. Dancers also had to pay $50-$60 to the club and $10 to the DJ. Dancers were fined $25 for missing a call to stage, $10 tardy fee for every 10 minutes

Criminal Complaint Affidavit
Page **19** of **24**

late, and $500 fee for missing work. CASTRO SANTOS explained that having sex was not required, but women who worked at TOOTSYS made more money by having sex with clients.

61.    When discussing fees for commercial sex, JANE DOE 9 explained clients paid $250 for 15 minutes, $350 for 20 minutes, and $500 for 40 minutes. Clients could also pay $1,000 to take a dancer out of the club. JANE DOE 9 provided details of several paid sexual encounters she had while working at TOOTSYS.

62.    TOOTSYS paid her in cash because she was not a U.S. citizen. TOOTSYS issued dancers receipts when a customer paid for services using a credit card. CASTRO SANTOS handled the credit card transactions and filled out the payment information on dancers' receipts. The dancers had to provide the receipts as proof of work in order to get paid.

63.    JANE DOE 9 stated that HIDALGO DE PENA was the driver of the van responsible for transporting the dancers between BOLONGO 25 and TOOTSYS. HIDALGO DE PENA was also the one who transported the foreign dancers out of TOOTSYS if immigration showed up at TOOTSYS.

64.    JANE DOE 9 identified photographs of JAMIL and CASTRO SANTOS as the individuals whom she knew as "Tony" and "Tatiana," respectively. She also identified a photograph of BOLONGO 25 as Bolongo 25.

Criminal Complaint Affidavit
Page **20** of **24**

### E. Undercover Operations

65.    U.S. law enforcement agents conducted two undercover operations at TOOTSYS, both of which revealed that dancers employed by TOOTSYS engaged in commercial sex. On July 20, 2023, undercover employees ("UCEs") talked with two TOOTSYS dancers at length while in TOOTSYS. One of the dancers explained that the private room is "for everything," including having sex, and cost $450. The dancers further indicated that they lived in an apartment provided by CASTRO SANTOS. One of the dancers explained she was Dominican and was working on a work visa. One of the UCEs observed one of the dancers engaged in what appeared to be a paid sexual experience with a client inside the private room in TOOTSYS. Specifically, the UCEs observed that a client went to the ATM inside the club to retrieve money. A Hispanic male, possibly HILDALGO DE PENA, motioned to CASTRO SANTOS for the key and then toward the dancers and the client. Once getting the key, the Hispanic male opened the door to the private room. The dancer and client then entered the room and stayed there for approximately 45 minutes.

66.    On January 16 and 17, 2026, U.S. law enforcement conducted a second undercover operation during which UCEs spoke with multiple dancers inside TOOTSYS. The UCEs observed CASTRO SANTOS working at the bar, utilizing the register, making drinks, and distributing $1 bills. The UCEs observed HIDALGO DE PENA at the bar helping with glasses and talking with some of the females working inside of TOOTSYS.

67.    The UCEs observed that approximately 15 of the women were in lingerie either at the bar, sitting in booths/chairs or walking around talking to each other or other men. The UCEs also spoke with various dancers. Two of those dancers explained they were from the Dominican Republic and had entered the United States approximately one month prior. They explained they could return to the Dominican Republic but did not do so because CASTRO SANTOS would fine them.

Criminal Complaint Affidavit
Page **21** of **24**

When discussing fees, one of the dancers further explained they did not take days off since CASTRO SANTOS would fine them $500 for missing work. They also explained they were transported to and from work at TOOTSYS in a van. One of the dancers explained that there was a small room where clients can take a dancer for 15 minutes for the rate of $350 and do whatever they want, including sexual intercourse, and that condoms were also available in the room. If a client wanted more than a 15-minute session with a dancer, the client could pay $1,500 to take a dancer back to the client's hotel or wherever the client was staying. The dancer further explained that in such scenarios, $500 was paid to CASTRO SANTOS, and $1,000 was paid to the dancer.

68.    As part of the undercover operation, the UCEs arranged for one of them to take one of the dancers off site to a nearby hotel room. CASTRO SANTOS received a portion of the money from the UCEs via credit card, and the dancer was paid $1,000 in cash directly. CASTRO SANTOS then arranged a taxi for the UCE and dancer to go to a hotel in St. Thomas. Upon entering the hotel room, the UCE entered the restroom but quickly turned around and entered the main bedroom area. Upon returning to the main bedroom area, the UCE observed that the dancer had removed some of her clothing and only had on a bikini-style bottom. The UCE immediately asked the dancer to stop undressing, which she did. The dancer asked the UCE if he did not want to continue, and UCE said he did not.

**F.    Surveillance Conducted by Law Enforcement During the Investigation**

69.    During the investigation, agents conducted spot checks, physical surveillance, and undercover operations at TARGET RESIDENCE and TOOTSYS. Agents observed women being transported to and from BOLONGO 25 and TOOTSYS in a white passenger van displaying USVI license plate number TGQ-051 (hereinafter, the "WHITE VAN"). The registration number TGQ-

Criminal Complaint Affidavit
Page **22** of **24**

051 was later updated to TIK-330. The WHITE VAN is registered to JAMIL with BOLONGO 25 listed as the registry address.

70.    On November 8, 2022, at approximately 8:38 p.m., agents observed the WHITE VAN, affixed with a license plate registered to JAMIL, pull into the driveway for BOLONGO 25. Approximately half an hour later, the WHITE VAN drove to TOOTSYS. Agents observed three women and the driver exit the vehicle and go into TOOTSYS.

71.    On November 10, 2022, at approximately 9:15 p.m., agents observed the WHITE VAN registered to JAMIL pull into TOOTSYS. Several women were observed exiting the van and entering the club. HIDALGO DE PENA was seen exiting the driver's side of the WHITE VAN and entered the club.

72.    On July 20, 2023, at approximately 8:52 p.m., as part of the first undercover operation, agents observed the WHITE VAN registered to JAMIL leaving BOLONGO 25 with multiple passengers. Agents observed the WHITE VAN arrive at TOOTSYS approximately ten minutes later.

73.    On October 29, 2025, at approximately 8:46 p.m., agents observed the WHITE VAN registered to JAMIL depart BOLONGO 25, arriving at TOOTSYS approximately ten minutes later. Five women were observed exiting the van and walking into TOOTSYS. Several hours later, at approximately 3:35 a.m., agents observed five women exit the club and get into the WHITE VAN. The driver also entered the van and departed a few minutes later, ultimately arriving at BOLONGO 25.

74.    Between November 21, 2025, and November 22, 2025, agents observed CASTRO SANTOS exiting TOOTSYS and getting into a white Honda CRV (WHITE HONDA CRV) displaying a temporary plate. CASTRO SANTOS later returned to TOOTSYS driving the same

vehicle. On November 22, 2025, at approximately 3:32 a.m., agents observed HIDALGO DE PENA and eight women exit TOOTSYS and get into the WHITE VAN registered to JAMIL. Agents observed the van arrive at BOLONGO 25 approximately ten minutes later.

75.     On January 16, 2026, the date of the second undercover operation, agents observed the WHITE VAN registered to JAMIL depart BOLONGO 25 and arrive at TOOTSYS at approximately 9:09 p.m., upon which five women exited and entered TOOTSYS. Agents observed HIDALGO DE PENA as the driver of the van. During this operation, which extended into the early morning hours of January 17, 2026, agents observed a white Toyota Camry, displaying registration TIF-344 (VEHICLE TIF-344) and registered to JAMIL at BOLONGO 25, parking in front of TOOTSYS. A female, who appeared to be a dancer, exited the vehicle and entered TOOTSYS. Agents also observed a vehicle transport the UCE and a TOOTSYS dancer from TOOTSYS to a hotel in St. Thomas, as described above.

76.     On January 20, 2026, agents observed JAMIL around a local food store in St. Thomas, driving a vehicle with license plate number TIN-874. Agents followed JAMIL in the vehicle to BOLONGO 25, where surveillance ended.

## CONCLUSION

77.     Based on the facts set forth in this affidavit, there is probable cause to believe that Hussein Jamil, Magda Castro Santos, and Julio Hidaldo De Pena did commit violations of federal criminal law, namely the following:

> a.  Between on or about June 2019, through January 2026, in the District of the Virgin Islands and elsewhere, Hussein JAMIL, Magda CASTRO SANTOS, and Julio HIDALGO DE PENA violated 18 U.S.C. §§ 2421(a) and 371 (Conspiracy to Transport for Purpose of Prostitution);

Criminal Complaint Affidavit
Page **24** of **24**

    b.   Between on or about June 2019, through January 2026, in the District of the Virgin Islands and elsewhere, Hussein JAMIL, Magda CASTRO SANTOS, and Julio HIDALGO DE PENA violated 18 U.S.C. §§ 1952(a)(3) and (b) and 371 (Conspiracy to Commit Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises); and

    c.   Between on or about June 2019, through January 2026, in the District of the Virgin Islands and elsewhere, Hussein JAMIL, Magda CASTRO SANTOS, and Julio HIDALGO DE PENA violated 8 U.S.C. §§ 1324(a)(1)(A)(iii), (v)(i), and (B)(i) (Conspiracy to Harbor Aliens for Financial Gain).

Respectfully submitted,

Damita Furlonge
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this _APRIL 17 2026_ .

G. Alan Teague
United States Magistrate Judge
District Court of the Virgin Islands